# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

AUG 8 2025 PM 3:54
FILED-USDC-NDTX-FW

Demetria Darden
Plaintiff

v.

Catalyst Physicians Group
Defendant

4:25-CV-852-O

450-2025-08880
Civil Action No.

**COMPLAINT**

Please see attachment.

\* Attach additional pages as needed.

Date: August 8, 2025
Signature: Demi Warden
Print Name: Demetria Darden
Address: 449 Pollyann trl
City, State, Zip: Haslet, Texas 76052
Telephone: 682-540-9901

EEOC No. 450-2025-08880 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 450-2025-08880 |
| Texas Workforce Commission Civil Rights Division | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Demeteia Darden

Phone No.: 682-540-9901
Year of Birth: 1977
Mailing Address: 449 Pollyann Trail
HASLET, TX 76052

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Catalyst Physcians Group
No. Employees, Members: 15 - 100 Employees
Phone No.: (972) 384-7000
Mailing Address: 469 Westpark Wy,
EULESS, TX 76040, UNITED STATES OF AMERICA

Name: Gloria Anding, M.D (handwritten)
No. Employees, Members:
Phone No.:
Mailing Address:

**DISCRIMINATION BASED ON:**

Age, Race, Retaliation

**DATE(S) DISCRIMINATION TOOK PLACE**

Earliest: 10/10/2024
Latest: 10/10/2024

**THE PARTICULARS ARE:**

Around August of 2024 one of my direct reports race (Black) came to me upset because she was asked "who gave you permission to get out of your cage" My direct report came to me for HR information so she could report the race (white) provider that she felt insulted her. I provided the direct report with the HR contact information. From this date, I was retaliated against when I was issued write ups and on September 27, 2024, I was given a "PIP" Performance Improvement Plan. I met the expectations of my plan because I never not met the expectations of my performance, the PIP defined vague and broad areas of improvement such as failure to set at a provider's desk, lack of training for medical assistants, deficient communication for staff changes, and to attend all assigned meetings. I was wrongfully terminated on October 10, 2024, after three years of employment. The company offered me a 2-week severance package (which I declined) and when I asked why I was being terminated, the only response I received was "the partners voted." I believe that I was discriminated against because of my race (Black/African American) in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe that I was discriminated against because of my age, (47), in violation of the Age Discrimination in Employment Act of 1967. I believe that I was retaliated against in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

EEOC Form 5 (06/24)                                                                 Page 1 of 3

EEOC No. 450-2025-08880 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

_[signature]_
Charging Party Signature & Date

---

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_[signature]_
Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary _[signature]_
Printed Name _Katrina M. White_

[Notary seal: KATRINA M. WHITE, NOTARY PUBLIC, STATE OF TEXAS, ID# 127900756, EXPIRES 7-31-2029]

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Dallas District Office
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/15/2025

To: Demeteia Darden
449 Pollyann Trail
Haslet, TX 76052
Charge No: 450-2025-08880

EEOC Representative and email:   MAYELA NEWTON
EO INVESTIGATOR BILINGUAL
MAYELA.NEWTON@EEOC.GOV

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 450-2025-08880

On behalf of the Commission,

MAYELA NEWTON  Digitally signed by MAYELA NEWTON
Date: 2025.07.15 08:57:51 -05'00'

Travis Nicholson
District Director

**Cc:**

Catalyst Physcians Group
469 Westpark Wy,
EULESS, TX 76040

Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 450-2025-08880 to the District Director at Travis Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 450-2025-08880 to the District Director at Travis Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

Case # 450-2025-08880

JS 44 (Rev. 10/20) (ND/TX 10/20)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
### DEFENDANTS
Catalyst Physicians Group

(b) County of Residence of First Listed Plaintiff: Demetria Darden
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

AUG 8 2025 PM 3:56
FILED-USDC-NDTX-FW

### II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
- Citizen of This State: PTF [x] 1, DEF [ ] 1; Incorporated or Principal Place of Business In This State: PTF [ ] 4, DEF [x] 4
- Citizen of Another State: PTF [ ] 2, DEF [ ] 2; Incorporated and Principal Place of Business In Another State: PTF [ ] 5, DEF [ ] 5
- Citizen or Subject of a Foreign Country: PTF [ ] 3, DEF [ ] 3; Foreign Nation: PTF [ ] 6, DEF [ ] 6

### IV. NATURE OF SUIT
- [x] 710 Fair Labor Standards Act
- [x] 720 Labor/Management Relations

### V. ORIGIN
- [x] 1 Original Proceeding

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Privacy Act of 1974 USC Statute 42 USC 2000e-5(b), 29 USC 211, 29 USC 626, 42 USC 12117, 4 USC

Brief description of cause: Fired "Retaliation" "Discrimination"

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 250,000
- JURY DEMAND: [ ] Yes [ ] No  — 2000 ff.6

### VIII. RELATED CASE(S) IF ANY
JUDGE _____   DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE